# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2014

## NO. 03-13-00285-CV

Texas Comptroller of Public Accounts, Appellant

v.

Walker Electric Company, LLC; Walker's Electric Company;
Walkers Electric Company; Calvin G. Walker; and Stacy Walker, Appellees

APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
REVERSED AND DISMISSED -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on April 8, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's order denying the appellant's plea to the jurisdiction and renders judgment dismissing the appellees' claims for want of jurisdiction. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.